# Harter Secrest & Emery LLP

ATTORNEYS AND COUNSELORS

WWW.HSELAW.COM

January 25, 2007

Hon. Michael A. Telesca
U.S. District Court Judge
United States Courthouse
100 State Street
Rochester, New York 14614

    Re:   *MacKenzie-Childs Ltd. v. Victoria MacKenzie-Childs, et al.*
          Civil Action No. 06-CV-6107T

Dear Judge Telesca:

    We represent the Plaintiff and Counterclaim Defendants in the above-referenced action. We are writing to request an enlargement of time in which to respond to Defendants/Counterclaimants' Cross-Motion for Summary Judgment (Docket No. 27). Currently, our response is due Friday, February 2, 2007. We have conferred with opposing counsel, and, as a professional courtesy, they do not oppose an extension of our time to respond to Friday, February 23, 2007. We respectfully request that the Court permit such an enlargement.

                                Respectfully submitted,

                                Harter Secrest & Emery LLP

                                Jerauld E. Brydges
                                DIRECT DIAL: (585) 231-1239
                                E-MAIL: JBRYDGES@HSELAW.COM

JEB:jed
cc:   Jose Martinez, Jr., Esq.
       Howard D. Leib, Esq.

                       SO ORDERED:

                       S/MICHAEL A. TELESCA
                       Hon. Michael A. Telesca, Judge
                       DATED: 1/26/07

1600 BAUSCH & LOMB PLACE   ROCHESTER, NY 14604-2711   PHONE: 585.232.6500   FAX: 585.232.2152

ROCHESTER, NEW YORK • BUFFALO, NEW YORK • ALBANY, NEW YORK • NAPLES, FLORIDA