# NIXON PEABODY LLP
### ATTORNEYS AT LAW

1100 Clinton Square
Rochester, New York 14604
(585) 263-1000
Fax: (585) 263-1600
Direct Dial: (585) 263-1533
E-Mail: rrochford@nixonpeabody.com



May 9, 2008

**VIA HAND DELIVERY**

The Honorable Marian W. Payson
United States District Court
United States Courthouse
100 State Street
Rochester, NY 14614

    Re:   *MacKenzie-Childs Ltd. v. MacKenzie-Childs et al.,*
           Civil Action No. 6:06-CV-06107-MAT-MWP

Dear Judge Payson:

    I am writing on behalf of MC Acquisition 2008 LLC, the entity that seeks to be substituted as plaintiff in this action. At yesterday's conference, Your Honor indicated that you wished to hear from us today regarding our efforts to agree upon a stipulated substitution order.

    I telephoned Mr. Marshall after the conference yesterday and he expressed reservations about agreeing to a stipulated order. He indicated that he would be sending a letter to the Court setting forth his concerns.

    After the call, I sent the enclosed draft form of order to Mr. Marshall to see whether agreement might still be reached, but have not heard anything further from him. It appears therefore that a motion will be necessary, and we respectfully request that the Court enter a schedule for briefing such motion.

Respectfully submitted,

RD Rochford
Richard D. Rochford

Encl.
cc:   Paul G. Marshall, Esq.
       Howard D. Leib, Esq.
       Linda T. Prestegaard, Esq.
       Jerauld E. Brydges, Esq.

10796269.1

---

*Handwritten order:*

Any motions for substitution of parties and/or counsel shall be filed by no later than 5/19/08.

**SO ORDERED.**

Marian W Payson
**MARIAN W. PAYSON**
**U.S. MAGISTRATE JUDGE**

DATE 5/12/08