UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MACKENZIE-CHILDS, LTD.,

                Plaintiff,

- vs -

VICTORIA MACKENZIE-CHILDS, RICHARD MACKENZIE-CHILDS and V&R EMPRISE, LLC,

                Defendants.

Civil Action No.
06-CV-6107-MAT-MWP

---

VICTORIA MACKENZIE-CHILDS, RICHARD MACKENZIE-CHILDS and V&R EMPRISE, LLC,

                Counterclaim Plaintiffs,

- vs -

PLEASANT ROWLAND, MACKENZIE-CHILDS OF NEW YORK, LTD. and MACKENZIE-CHILDS, LTD.,

                Counterclaim Defendants.

**STIPULATION AND ORDER**

    The undersigned parties stipulate:

    (1)    to join MC Acquisition 2008 LLC as an additional Plaintiff;

    (2)    to substitute Nixon Peabody LLP for Harter Secrest & Emery LLP as attorneys of record for MacKenzie-Childs, Ltd., Pleasant Rowland, and MacKenzie-Childs of New York, Ltd.

11012492.1

By agreeing to this Stipulation, Defendants do not waive any rights they may have against Harter Secrest & Emery LLP.

**SO STIPULATED**

/s/ Howard D. Leib
_____
Paul G. Marshall
THE MARSHALL FIRM
271 Madison Avenue
Suite 2000
New York, NY  10016
Telephone:  212-382-2044
Facsimile:  212-382-3610
Email:  tmf@themarshallfirm.com

Howard D. Leib
271 Madison Avenue
Suite 200
New York, NY  10016
Telephone:  212-545-9559
Facsimile:  212-545-0909
Email:  howardleib@aol.com

Linda T. Prestegaard
PHILLIPS LYTLE LLP
1400 First Federal Plaza
Rochester, NY  14614
Telephone:  585-238-2029
Facsimile:  585-232-3141
Email:  lprestegaard@phillipslytle.com

ATTORNEYS FOR
RICHARD MACKENZIE-CHILDS,
VICTORIA MACKENZIE-CHILDS and V&R
EMPRISE, LLC

/s/ Richard D. Rochford
_____
Richard D. Rochford
Michael F. Orman
NIXON PEABODY LLP
1100 Clinton Square
Rochester, NY  14604

ATTORNEYS FOR MC ACQUISITION 2008
LLC, PLEASANT ROWLAND,
MACKENZIE-CHILDS OF NEW YORK,
LTD. and MACKENZIE-CHILDS, LTD.

11012492.1

- 3 -

**SO ORDERED**

_____
Marian W. Payson
United States Magistrate Judge

Dated: _____