UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MACKENZIE-CHILDS, LTD.,<br><br>                                     Plaintiff,<br><br>- vs -<br><br>VICTORIA MACKENZIE-CHILDS, RICHARD MACKENZIE-CHILDS and V&R EMPRISE, LLC,<br><br>                                     Defendants. | Civil Action No.<br>06-CV-6107-MAT-MWP |

VICTORIA MACKENZIE-CHILDS, RICHARD MACKENZIE-CHILDS and V&R EMPRISE, LLC,

                                     Counterclaim Plaintiffs,

- vs -

PLEASANT ROWLAND, MACKENZIE-CHILDS OF NEW YORK, LTD. and MACKENZIE-CHILDS, LTD.,

                                     Counterclaim Defendants.

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Richard D. Rochford of Nixon Peabody LLP, hereby enters an appearance in this action as counsel for Plaintiff MacKenzie-Childs, Ltd. and Counterclaim Defendants Pleasant Rowland, MacKenzie-Childs of New York, Ltd. and MacKenzie-Childs, Ltd. and requests that copies of all papers in this action be served upon the undersigned at the office address below and that the undersigned be placed on the Court's CM/ECF mailing matrix.

11014060.1

- 2 -

Dated: May 19, 2008

**NIXON PEABODY LLP**

/s/ Richard D. Rochford
_____

Richard D. Rochford
1100 Clinton Square
Rochester, New York 14604
Tel.: (585) 263-1000
Email: rrochford@nixonpeabody.com

Attorneys for Plaintiff MacKenzie-Childs, Ltd.
and Counterclaim Defendants Pleasant Rowland,
MacKenzie-Childs of New York, Ltd. and
MacKenzie-Childs, Ltd.

11014060.1

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of May, 2008, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

>Howard D. Leib, Esq.
>271 Madison Avenue, Suite 200
>New York, NY  10016
>Tel:  (212) 545-9559
>E-mail:  howardleib@aol.com
>
>Paul G. Marshall, Esq.
>THE MARSHALL FIRM
>271 Madison Avenue, Suite 2000
>New York, NY  10016
>Tel:  (212) 382-2044
>E-mail:  tmf@themarshallfirm.com
>
>Linda T. Prestegaard, Esq.
>PHILLIPS LYTLE LLP
>1400 First Federal Plaza
>Rochester, NY  14614
>Tel:  (585) 238-2029
>E-mail:  lprestegaard@phillipslytle.com
>
>Jerauld E. Brydges, Esq.
>Stephen B. Salai, Esq.
>HARTER, SECREST AND EMERY, LLP
>1600 Bausch & Lomb Place
>Rochester, NY  14604-2711
>Tel:  (585) 231-1239
>E-mail:  jbrydges@hselaw.com
>E-mail:  bsalai@hselaw.com

>/s/ Richard D. Rochford
>_____
>Richard D. Rochford