UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MACKENZIE-CHILDS, LTD.,

        PLAINTIFF,

        v.

VICTORIA MACKENZIE-CHILDS, RICHARD
MACKENZIE-CHILDS AND V&R EMPRISE, LLC,

        DEFENDANTS.

**SUBSTITUTION OF COUNSEL**

CIVIL ACTION NO.
06-CV-6107-(T)(P)

---

RICHARD MACKENZIE-CHILDS AND VICTORIA
MACKENZIE-CHILDS,

        COUNTERCLAIM PLAINTIFFS,

        v.

PLEASANT ROWLAND, MACKENZIE-CHILDS,
LTD., AND MACKENZIE-CHILDS OF NEW YORK,
LTD.

        COUNTERCLAIM DEFENDANTS.

---

     It is hereby consented that Nixon Peabody LLP, 1100 Clinton Square, Rochester, New York, be substituted as attorneys of record for the undersigned parties in the above-entitled action in the place of Harter Secrest & Emery LLP, as of the date hereof.

Dated: May 22, 2008

11028135.1

| NIXON PEABODY LLP | HARTER SECREST & EMERY LLP |
|---|---|
| /s/Richard D. Rochford_____ | /s/Jerauld E. Brydges_____ |
| Richard D. Rochford | Jerauld E. Brydges |
| *Attorneys to be Substituted as Attorneys* | *Attorneys of Record for Mackenzie-* |
| *of Record for Mackenzie-Childs, Ltd.,* | *Childs, Ltd., MacKenzie-Childs of New* |
| *MacKenzie-Childs of New York, Ltd.,* | *York, Ltd., and Pleasant Rowland* |
| *and Pleasant Rowland* | 1600 Bausch & Lomb Place |
| 1100 Clinton Square | Rochester, New York 14604 |
| Rochester, New York, 14604 | jbrydges@hselaw.com |
| rrochford@nixonpeabody.com | |

MACKENZIE-CHILDS, LTD.

/s/Norina Coursey_____

By:   Norina Coursey_____

MACKENZIE-CHILDS OF NEW YORK, LTD.

/s/Norina Coursey_____

By:   Norina Coursey_____

PLEASANT ROWLAND

/s/Pleasant Rowland_____

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 22nd day of May, 2008, I electronically filed the foregoing **SUBSTITUTION OF COUNSEL** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

      Howard D. Leib, Esq.
      271 Madison Avenue, Suite 200
      New York, NY  10016
      Tel:  (212) 545-9559
      E-mail:  howardleib@aol.com

      Paul G. Marshall, Esq.
      THE MARSHALL FIRM
      271 Madison Avenue, Suite 2000
      New York, NY  10016
      Tel:  (212) 382-2044
      E-mail:  tmf@themarshallfirm.com

      Linda T. Prestegaard, Esq.
      PHILLIPS LYTLE LLP
      1400 First Federal Plaza
      Rochester, NY  14614
      Tel:  (585) 238-2029
      E-mail:  lprestegaard@phillipslytle.com

      Jerauld E. Brydges, Esq.
      Stephen B. Salai, Esq.
      HARTER, SECREST AND EMERY, LLP
      1600 Bausch & Lomb Place
      Rochester, NY  14604-2711
      Tel:  (585) 231-1239
      E-mail:  jbrydges@hselaw.com
      E-mail:  bsalai@hselaw.com

                                        /s/ Richard D. Rochford
                                      _____
                                      Richard D. Rochford