UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MACKENZIE-CHILDS, LTD.,<br><br>             Plaintiff,<br><br>- vs -<br><br>VICTORIA MACKENZIE-CHILDS, RICHARD MACKENZIE-CHILDS and V&R EMPRISE, LLC,<br><br>             Defendants. | Civil Action No.<br>06-CV-6107-MAT-MWP |

VICTORIA MACKENZIE-CHILDS, RICHARD MACKENZIE-CHILDS and V&R EMPRISE, LLC,

             Counterclaim Plaintiffs,

- vs -

PLEASANT ROWLAND, MACKENZIE-CHILDS OF NEW YORK, LTD. and MACKENZIE-CHILDS, LTD.,

             Counterclaim Defendants.

**NOTICE OF APPEARANCE**

  **PLEASE TAKE NOTICE** that Michael F. Orman of Nixon Peabody LLP, hereby enters an appearance in this action as counsel for Plaintiff MC Acquisition 2008 LLC and requests that copies of all papers in this action be served upon the undersigned at the office address below and that the undersigned be placed on the Court's CM/ECF mailing matrix.

11028801.1

- 2 -

Dated: May 22, 2008

                **NIXON PEABODY LLP**

                /s/ Michael F. Orman
                _____
                Michael F. Orman
                1100 Clinton Square
                Rochester, New York  14604
                Tel.: (585) 263-1000
                Email: morman@nixonpeabody.com

                Attorneys for Plaintiffs MacKenzie-Childs, Ltd. and MC Acquisition 2008 LLC and Counterclaim Defendants Pleasant Rowland, MacKenzie-Childs of New York, Ltd. and MacKenzie-Childs, Ltd.

11028801.1

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of May, 2008, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

>Howard D. Leib, Esq.
>271 Madison Avenue, Suite 200
>New York, NY  10016
>Tel:  (212) 545-9559
>E-mail:  howardleib@aol.com
>
>Paul G. Marshall, Esq.
>THE MARSHALL FIRM
>271 Madison Avenue, Suite 2000
>New York, NY  10016
>Tel:  (212) 382-2044
>E-mail:  tmf@themarshallfirm.com
>
>Linda T. Prestegaard, Esq.
>PHILLIPS LYTLE LLP
>1400 First Federal Plaza
>Rochester, NY  14614
>Tel:  (585) 238-2029
>E-mail:  lprestegaard@phillipslytle.com
>
>Jerauld E. Brydges, Esq.
>Stephen B. Salai, Esq.
>HARTER SECREST & EMERY LLP
>1600 Bausch & Lomb Place
>Rochester, NY  14604-2711
>Tel:  (585) 231-1239
>E-mail:  jbrydges@hselaw.com
>E-mail:  bsalai@hselaw.com

/s/ Michael F. Orman
_____
Michael F. Orman

11028801.1