# APPENDIX M-1

# (Filed under Seal)