UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X

MACKENZIE-CHILDS, LTD and MACKENZIE-CHILDS
AURORA LLC

                                     Plaintiff,

           - against –

VICTORIA MACKENZIE-CHILDS, RICHARD
MACKENZIE-CHILDS and VR EMPRISE, LLC,

                                  Defendants.
-------------------------------------------------------------------------------X

VICTORIA MACKENZIE-CHILDS, RICHARD
MACKENZIE-CHILDS and VR EMPRISE, LLC,

                        Counterclaim Plaintiffs,

           - against –

PLEASANT ROWLAND, MACKENZIE-CHILDS, LTD., MCL
ACQUISITION CORPORATION, MACKENZIE-CHILDS OF
NEW YORK, LTD., LEE FELDMAN, MACKENZIE-CHILDS
AURORA LLC, MACKENZIE-CHILDS WORTH AVENUE
LLC, MC NYC LLC, MACKENZIE-CHILDS REAL ESTATE
LLC, and JOHN DOES 1-5,

                        Counterclaim Defendants.
-------------------------------------------------------------------------------X

Civil Action No.
06-CV-6107
MAT-MWP

### DECLARATION OF RICHARD MACKENZIE-CHILDS

RICHARD MACKENZIE-CHILDS hereby declares the following:

1. I am an artist and designer and have created works of art, along with my wife
   Victoria MacKenzie-Childs, under our name "MacKenzie-Childs" since 1974.

2. My wife and I are well known as artists and we have a wide and well-known
   reputation for creativity and quality, especially in the fields of uniquely designed
   ceramics and items for the home.

3. In 1985, we incorporated Victoria and Richard MacKenzie-Childs, Ltd. for the purpose of selling our art work.

4. I, along with Victoria, designed every item sold by our former companies that bore our logos.

5. In order to create a ceramic piece, I would start with an idea of the shape I wanted to create and would roll out a slab of clay and work with it until I thought the shape was just right.

6. Once the clay shape was perfected, a plaster cast would be made of that shape. This cast became the master mold and would be marked with the date of creation and the word "prototype" or "master" or just signed with my name.

7. If Victoria and I decided that the piece was fit to be offered to the public by us, then the master mold would be cast in plaster to create the working molds from which the piece could be produced. The master mold would then be stored away and never touched, except to create further working molds in the event the working molds were damaged or destroyed. In the event we ever decided to permanently change a piece, we would create a new master mold, leaving the original alone and intact, and would sign and date the new mold so that the change would be noted and could be seen by comparing the master molds.

8. From the master mold I would also create a plaster model of the piece, which would be an exact copy of the piece I designed. These were known as the master models and, along with the master molds, were dated, signed, and put into our archives as a permanent record of the original piece.

9. This process of creating master molds and models was followed for every piece of ceramics we made, whether the piece was made by slip cast, hand mold, or ram press and all of these molds and models were kept.

10. I consider every piece we made and sold to be a work of art, but these master molds and models are the true real art as they are our original and one of kind works. These represent much of our lives work as artists.

11. I do not presently know what has become of these pieces because Plaintiffs did not present them or allow them to be inspected when demanded and believe that many of them have been altered or destroyed.

12. Additionally, we made many one of a kind works of art that were never sold by through our company through this same process. Since it was my studio and factory, the models and molds for these pieces were sometimes kept there and I believe that the present company has used these models and molds to mass produce new products. For instance, I had once created a single heart box as a Valentines Day gift for Victoria. The Heart Paperweight featured in the company's 2007 catalogue, Attached as Exhibit A, was made from my original mold.

13. Both Victoria and I object to Plaintiffs' attempts to confuse the public into associating my wife and I with their new product. At tradeshows, many people approach us to discuss Plaintiffs' new work and often complain about the new product they see on the market. We are caused to consistently explain that we are not associated with the company, and have not been for some time, and that we now sell our works on our own.

14. In many instances, Plaintiffs have designed new product and inserted it into our well-known original collections without any indication that we are not the designers of such products. This misleads people into thinking that we must have created the new pieces because we designed the rest.

15. Attached as Exhibit B, Plaintiffs have designed what they call a Teapot Trivet and have added it to our original Taylor collection, which is was one of our most well-

16. Attached as Exhibit C is The MacLachlan Collection, which was in fact named in honor of a close family friend who has passed away. In the pages attached, the only item that remains as Victoria and I designed it is the Serving Box labeled D.

17. Attached as Exhibit D, is the Chicken Casserole and the Chicken Pitcher. I originally made the Chicken Casserole as a Christmas gift for Victoria and hid an antique ring I had bought for her in some sweet rolls I had baked in the dish. People found the piece and the story very popular and touching and we later decided to offer it for sale and it was a hit amongst our collectors. I did not design the Chicken Pitcher, though its resemblance to my casserole design has led people to believe I did.

18. There are many other instances of this behavior and collectors and followers of our work over the years are continually heartbroken to learn that these items, though presented to the public as part of our original works, are not in fact our designs.

19. Plaintiffs also do not distinguish between their new product lines and the ones which we designed, leading people to believe that we are connected with these items.

20. A few examples of this failure to distinguish between new and old are what Plaintiffs call Chelsea Luster, attached as Exhibit E, Pansy, attached as Exhibit F, Sunnyside Up, attached as Exhibit G, and Butterfly, attached as Exhibit H. These designs are atrocious and we are distraught that they are being sold under our name and that people associate them with our work.

21. There are many other instances of this behavior and it is confusing to people because they assume that since it is an item is in the "MacKenzie-Childs" catalog is must be designed by Victoria and I, which is not true.

22. Plaintiffs also confuse and mislead people into believing we are still associated with them through their descriptions of their company and their new items.

23. Attached as Exhibit I is a description of the Wallcourt collection, which we originally designed. The repeated use of "our" to refer to mine and Victoria's past leads people to believe it is us who are making this statement.

24. Attached as Exhibit J is description of twenty-five years of MacKenzie-Childs. Reading it, one would never expect that Victoria and I have long since stopped designing for the company or that the company no longer follows our strict commitment to quality and aesthetics.

25. Attached as Exhibit K is a another description of the company. Not only does this description sound as if it is coming from Victoria and I, but it claims that the design process used has not changed though it clearly has and we are no longer involved in design.

26. There are many other instances of this behavior and it causes confusion because Plaintiffs are not informing the public that we, the people whose name the company uses and the original designers, no longer have anything to do with the company.

27. Plaintiffs have also been deceptive in their catalogues as there are many instances where pictures of our product, taken before the Asset Sale, have been reused to advertise and sell Plaintiffs' current versions of those items, even though the items are not made in the same way as when they were made by us.

28. As an example, attached as Exhibit L, are images of the Butter House I designed from our 1999 Catalog, Plaintiffs' 2004 Catalog, and from Plaintiffs' 2008

Catalog.  The image used is exactly the same as the one used in 1999.  Not only do I believe that Plaintiffs have changed the way all of their ceramics are made, but I have seen the Plaintiffs' version of this piece and it has been redesigned.

29. Another example, attached as Exhibit M, are images of William, a vase in the Circus Vase Collection I designed, from our 1999 Catalogue and Plaintiffs' 2008 Catalogue.  The image used is exactly the same as the one used in 1999.  I have seen Plaintiffs' version of this piece and it has been redesigned.

30. Another example, attached as Exhibit N, are images of the Taylor Flat Rim Dinner Plate from our 1999 Catalog, Plaintiffs' 2004 Catalog, and Plaintiffs' 2008 Catalog.  The image used is exactly the same as the one used in 1999, but, as I believe, Plaintiffs have changed the way this piece is made.

31. Another example, attached as Exhibit O, are images of the Entertainment Armoire from our 1999 Catalog and Plaintiffs' 2008 Catalog.  The image used is exactly the same as the one used in 1999.  Plaintiffs have also to my knowledge changed the way this piece is made.

32. There are many other instances of this behavior and I believe it to be deceptive as Plaintiffs are advertising our designs as being the products currently sold when they are not.


Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 2, 2009

By: /s/ Richard MacKenzie-Childs___
        Richard MacKenzie-Childs

6

# Exhibit A



# MACKENZIE-CHILDS

From Garden to Table
2007

D000904



A

Opposite page:

**C Hasenpfeffer Lamp**
This light-hearted lamp sports a white ceramic bunny, topped with beaded shade, and tiny pitcher finial. Fabulous. 13" dia. shade, 27.5" tall  13060-690  $695

*Thistleware Bowl sold on page 42.*

**D *New!* Rose Stripe Setting Seat**
Upholstered in rose striped velvet, with tassel fringe, and hand-painted ceramic feet. A fine companion to the Harlequin Wing Chair below.
31" dia., 20" tall  225-1035  $1,395
*(+$35 packing)*

This page:

**A *New!* The Diva**
Voluptuous and proud of it, this extraordinary piece commands center stage. Dressed in custom-embroidered crewel, trimmed with black and white checked braid, and finished with striped tassels. Brava!  46" wide, 33" deep, 42" tall
247-6300  $3,500  *(+$65 packing)*

**B Harlequin Wing Chair**
Upholstered in whimsical Italian tapestry and pink striped velvet, it has ceramic knobs and silk tassels on the arms and hand-painted feet.  35" wide, 40" deep, 43" tall  247-6100  $2,900  *(+$65 packing)*

**C Torquay Lamp**
The shade with beaded trim and a hand-painted ceramic base combine to



B

## Our products can be found at these fine stores.

**ALABAMA**
Christine's
2822 Petticoat Lane
Mountain Brook
Birmingham, AL 35223
205-871-8297

**ARIZONA**
Cornelia Park
Biltmore Fashion Park
2474 E. Camelback Road
Phoenix, AZ 85016
602-955-3195
corneliapark.com

**DELAWARE**
Winding Beam Collection
206 Second St.
Rehoboth Beach, DE 19971
302-227-9246
windingbeam.com

**FLORIDA**
Hamilton Jewelers
Palm Beach Gardens Mall
3101 P.G.A. Blvd. #N205
Palm Beach Gardens, FL 33410
561-775-3600
hamiltonjewelers.com

**FLORIDA** *continued*
Harvey's on First
102 N.E. 1st Ave.
Delray Beach, FL 33444
561-278-6166
harveysonfirst.com

Owen Allen
430 N. Orlando Ave.
Suite 100
Winter Park, FL 32789
407-740-8838
owenallen.com

Zazou
2950 9th St. N.
Naples, FL 34103
239-261-2882
zazounaples.com

**ILLINOIS**
Findables
1643 N. Milwaukee Ave.
Chicago, IL 60647
773-235-9740
findables.com

The Perfect Setting
407 S. Third St.
Geneva, IL 60134
630-232-1040
perfectsettingonline.com

**ILLINOIS** *continued*
The Thistle Shop
208 W. Park Ave.
Libertyville, IL 60048
847-362-7828
thethistleshop.com

**MARYLAND**
Urban Country
7801 Woodmont Ave.
Bethesda, MD 20814
301-654-0500
urbancountrydesigns.com

**MASSACHUSETTS**
Cachet
16 Church St.
Wellesley, MA 02482
781-237-5516

The Lili Pad
Mashpee Commons
30 North St.
Mashpee, MA 02649
508-477-2368
t102540@aol.com

Also at most Neiman Marcus *stores. See more stores on reverse.*



**Rabbit Platter**
Adorable for asparagus. Delightful for deviled eggs. Cute for carrot cupcakes.
9.5" x 13.5"  11055-750  $85

**Heart Paperweights**
To keep on top of those love letters!
Handmade and decorated majolica.
Boxed for gift giving.  5" wide
Aalsmeer  13760-001  $45
Pink Honeymoon  13760-337  $55

G

25

D000929

Exhibit B



MacKenzie-Childs

From Garden to Table
2006

Wallcourt Tableware
Page 33–35

A perfect wedding gift!

**Bowlderole**
Bulb bowl. Salad bowl. Casserole.
One of the most versatile pieces we've ever created.
Width: 13" dia., 8" tall. 4 qt. Includes plastic insert for planting.
A Wallcourt 1346429WC $225
B Taylor 1346240AL $225

MacKenzie-Childs
3260 State Rte. 90   1-888-665-1999
Aurora, NY 13026   mackenzie-childs.com

Keycode: DPen063

PRSRT STD
U.S. POSTAGE
PAID
MacKenzie-Childs

© 2006 MacKenzie-Childs Ltd.

P014430



43

# Taylor

Taylor was the original MacKenzie-Childs dinner-ware collection. Designed to be mixed at random like a happy ceramic bouquet, the collection contains many charming patterns, each prettier than the next. Here we feature four of them. Classic and timeless, bringing springtime to tabletops for more than two decades.

*Above:*

**A Taylor Sweet Stand**
A tiered triumph just right for tea for two. Goodies with all Taylor patterns, 11.5" tall
11605-000 $225

**Salt & Pepper Eggs**
Brighten your breakfast tray, enchant your luncheon guests, add a dash of delight at dinner. Hand-painted. 3.5" tall
B Myrtle 11468-029 $50
C Bearded Iris 11468-013 $50

Sugar Bowl 8 oz. 11542-001 $82  Creamer 11 oz. 11530-001 $72  Teapot 8.5" tall, 8 cup 11512-001 $145  Cake Stand 12" dia. 11482-001 $150 6" tall

Sugar Bowl 8 oz. 11542-013 $82  Creamer 11 oz. 11530-013 $72  Teapot 8.5" tall, 8 cup 11512-013 $145  Cake Stand 12" dia. 11482-013 $150 6" tall

Sugar Bowl 8 oz. 11542-007 $82  Creamer 11 oz. 11530-007 $72  Teapot 8.5" tall, 8 cup 11512-007 $145  Cake Stand 12" dia. 11482-007 $150 6" tall

Sugar Bowl 8 oz. 11542-029 $82  Creamer 11 oz. 11530-029 $72  Teapot 8.5" tall, 8 cup 11512-029 $145  Cake Stand 12" dia. 11482-029 $150 6" tall

## Aalsmeer
Mug 12 oz. 11162-001 $60  Berry Bowl 6" 11141-001 $38  Breakfast Bowl 8.5" 11131-001 $46  Lunch Plate 9" 11021-001 $46  Fluted Rim Dinner Plate 11" 11001-001 $52  Flat Rim Dinner Plate 11" 11010-001 $52

## Bearded Iris
Mug 12 oz. 11162-013 $60  Berry Bowl 6" 11141-013 $38  Breakfast Bowl 8.5" 11131-013 $46  Lunch Plate 9" 11021-013 $46  Fluted Rim Dinner Plate 11" 11001-013 $52  Flat Rim Dinner Plate 11" 11010-013 $52

## Keukenhof
Mug 12 oz. 11162-007 $60  Berry Bowl 6" 11141-007 $38  Breakfast Bowl 8.5" 11131-007 $46  Lunch Plate 9" 11021-007 $46  Fluted Rim Dinner Plate 11" 11001-007 $52  Flat Rim Dinner Plate 11" 11010-007 $52

## Myrtle
Mug 12 oz. 11162-029 $60  Berry Bowl 6" 11141-029 $38  Breakfast Bowl 8.5" 11131-029 $46  Lunch Plate 9" 11021-029 $46  Fluted Rim Dinner Plate 11" 11001-029 $52  Flat Rim Dinner Plate 11" 11010-029 $52

P014456



**Aalsmeer**

Teapot Trivet
9"tall 36041-001 $70

Medium Serving Bowl 14.5"dia.
2 qt. 12761-001 $155

Bud Vase 7"tall
11340-001 $65

Large Serving Bowl 17.5"dia.
4 qt. 12771-001 $195

Large Platter 22"x16"
12811-001 $165

Medium Platter 16"x11"
12821-001 $95

Compote 12.5"dia. 6.5"tall
26 oz. 11491-001 $135

Butterhouse 8"tall
11476-001 $115

**Bearded Iris**

Teapot Trivet
9"tall 36041-013 $70

Medium Serving Bowl 14.5"dia.
2 qt. 12761-013 $155

Bud Vase 7"tall
11340-013 $65

Large Serving Bowl 17.5"dia.
4 qt. 12771-013 $195

Large Platter 22"x16"
12811-013 $165

Medium Platter 16"x11"
12821-013 $95

Compote 12.5"dia. 6.5"tall
26 oz. 11491-013 $135

Butterhouse 8"tall
11476-013 $115

**Keukenhof**

Teapot Trivet
9"tall 36041-007 $70

Medium Serving Bowl 14.5"dia.
2 qt. 12761-007 $155

Bud Vase 7"tall
11340-007 $65

Large Serving Bowl 17.5"dia.
4 qt. 12771-007 $195

Large Platter 22"x16"
12811-007 $165

Medium Platter 16"x11"
12821-007 $95

Compote 12.5"dia. 6.5"tall
26 oz. 11491-007 $135

Butterhouse 8"tall
11476-007 $115

**Myrtle**

45

Teapot Trivet
9"tall 36041-029 $70

Medium Serving Bowl 14.5"dia.
2 qt. 12761-029 $155

Bud Vase 7"tall
11340-029 $65

Large Serving Bowl 17.5"dia.
4 qt. 12771-029 $195

Large Platter 22"x16"
12811-029 $165

Medium Platter 16"x11"
12821-029 $95

Compote 12.5"dia. 6.5"tall
26 oz. 11491-029 $135

Butterhouse 8"tall
11476-029 $115

P014457

Exhibit C



# MacKENZiE-CHiLDS

**From Garden to Table**

2006

Wallcourt Tableware
Page 33–35

A perfect wedding gift!

## Bowlderole

Bulb bowl. Salad bowl. Casserole.

One of the most versatile pieces we've ever created.
Wishful 13"dia., 8" tall. 4 qt. Includes plastic insert for forcing.
A Wallcourt 1246-2309 $225.00
B Taylor 1246-2403 $225

**MacKENZiE-CHiLDS**
3260 State Rte. 90   1-888-665-1999
Aurora, NY 13026   mackenzie-childs.com

Keycode: Dren083

PRSRT STD
U.S. POSTAGE
PAID
MacKenzie-Childs

This catalogue includes items made by MacKenzie-Child Ltd. and others. This catalogue, items shown in it, and the Courtly Check pattern and name are protected by U.S. and foreign copyrights and trademarks of MacKenzie-Child Ltd. and others. © 2006 MacKenzie-Child Ltd.

P014430



## The MacLachlan Collection

Named to honor the Scottish heritage of our company's founders, the MacLachlan pattern captures our own rich legacy here in the highlands of America's Finger Lakes. Banded in gold and marbleized on the back, each piece celebrates the extraordinary scenic beauty that surrounds us here in Aurora.

MacLachlan Dinner Plate

A Dinner Plate 12"
41112-401  $110

B Soup Plate 8.5"
41192-401  $100

C Salad Plate 9"
41123-401  $100

D Serving Box
5.5"w 4"x 4"tall, 8 oz. 41132-401  $125

E Mug
4.5"tall, 8 oz. 41162-401  $80

F Signature Platter
16.5"x 12"  41172-401  $225

G Teapot
9"tall, 40 oz. 41202-401  $300

H Creamer
5"tall, 8 oz. 41222-401  $135

I Sugar Bowl
5.5"tall, 8 oz. 41212-401  $170

J Salt & Pepper Shakers
1.5"dia., 2.5"tall, 2 oz. 11467-722  $55

K French Crystal Water Goblets
7"tall, 8 oz.
Amethyst Stem 40695  $68
Amber Stem 40693  $68

L French Crystal Wine Glasses
6"tall, 5 oz.
Amethyst Stem 40691  $60
Amber Stem 40694  $60

M Thistle Linen Napkin
Embroidered, 22"sq.
Willow Green 40634  $34
White 40633  $34  Not shown

Amber Stem

Amethyst Stem

P014453

Exhibit D

# Piccadilly



**Chicken Pitcher**
9" wide, 6" tall, 3 cups
12561-100



**Chicken Casserole**
15" long, 8" wide,
6.5" tall (to top of knob), 4 cups
11442-100

Handmade and decorated majolica. Ovensafe.

## MACKENZIE-CHILDS



Confidential, C.A. No. 06-CV-6107-MAT-MWP

P005820

Exhibit E

# Chelsea Luster



**Dinner Plate**
11.75" dia.
11010-725

**Luncheon Plate**
11.75" dia.
11021-725

**Salad Plate**
8.5" dia.
11026-725

**Dessert Plate**
8.5" dia.
11033-725

Handmade and decorated majolica with copper lustre and ceramic floral transfers.



MᴬᶜKᴇɴᴢɪᴇ-Cʜɪʟᴅꜱ

**Confidential, C.A. No. 06-CV-6107-MAT-MWP**                    P005777

# Chelsea Luster



**Tureen**
15" wide (handle to handle)
10" dia., 12" tall, 4.5 qt.
11560-725

**Soup Bowl**
6.25" dia., 3.25" tall, 12 oz.
11095-725

Handmade and decorated majolica with copper lustre and ceramic floral transfers.

MᴬᴄKᴇNᴢiᴇ-CHiLDS



69

**Confidential, C.A. No. 06-CV-6107-MAT-MWP**

P005778



**Demitasse Saucer**
5.5" dia.
11195-725

**Demitasse Coffee Pot**
10" dia. (spout to handle),
11" tall (to top of bird), 6 cups
11752-725

**Demitasse Cup**
3.75" wide (with handle),
2.5" dia., 2.5" tall, 3 oz.
11185-725

Handmade and decorated majolica with copper lustre and ceramic floral transfers.

## MᴀᴄKᴇɴᴢɪᴇ-CʜɪʟᴅS



**Confidential, C.A. No. 06-CV-6107-MAT-MWP**

P005781

# Chelsea Luster



**Teapot**
10.5" wide (spout to handle),
8" tall, 4.5 cups
11512-725

**Creamer**
3.5" dia. (at rim),
4.5" tall, 12 oz.
11530-725

**Sugar Bowl**
3.5" dia. (at rim),
5.5" tall, 12 oz.
11542-725

**Saucer**
6.5" dia.
11191-725

**Teacup**
3" dia., 3.75" tall, 6 oz.
11180-725

Handmade and decorated majolica with copper lustre and ceramic floral transfers.



## MᴀᴄKᴇɴᴢɪᴇ-CʜɪʟᴅS

**Confidential, C.A. No. 06-CV-6107-MAT-MWP**

P005782

# Chelsea Luster



**Serving Bowl**
10.5" dia., 4" tall, 8 cups
12710-725

**Platter**
18.25" dia.
12860-725

Handmade and decorated majolica with copper lustre and ceramic floral transfers.

MACKENZiE-CHiLDS



Confidential, C.A. No. 06-CV-6107-MAT-MWP

P005780

Exhibit F

# Pansy



**Dinner Plate**
11" dia.
11014-171

**Salad Plate**
8" dia.
11025-171

**Rimmed Dish**
10" dia., 2 cups
11123-171

**Mug**
3.25" dia., 4" tall, 10 oz.
11166-171

**Serving Bowl**
15.625" dia., 5.5" tall, 10 cups
12775-171

Scallop-edged, handmade, hand-painted majolica with ceramic floral transfers.

## MᴬCKENZiE-CHiLDS



45

**Confidential, C.A. No. 06-CV-6107-MAT-MWP**

P005754

Exhibit G

# Sunnyside Up



**Dinner Plate**
11" dia.
11014-175

**Rimmed Dish**
10" dia., 2 cups
11123-175

**Salad Plate**
8" dia.
11025-175

**Serving Bowl**
16" dia., 5.5" tall, 10 cups
12775-175

**Mug**
3.25" dia., 4" tall, 10 oz.
11166-175

Scallop-edged, handmade majolica with hand-painted stripes and ceramic floral transfers.

## MᴀᴄKᴇɴᴢɪᴇ-CʜɪʟᴅS



**Confidential, C.A. No. 06-CV-6107-MAT-MWP**

P005755

Exhibit H

# Butterfly



**Rice Bowl**
5.5" dia., 3.75" tall, 15 oz.
11144-070

**Soy Dish**
4.5" wide, 1.5" tall, 2 oz.
11145-070

**Tea Bowl**
3.75" dia., 2.5" tall, 5 oz.
11705-070

**Platter**
11" x 8.75"
11010-070

**Aalsmeer Cheese Knife**
8.25" long
Stainless steel blade.
11920-001

Handmade, hand-painted majolica. Pieces will vary due to the handmade nature of each product.

MACKENZiE-CHiLDS



Confidential, C.A. No. 06-CV-6107-MAT-MWP          P005816



Exhibit I



# MACKENZIE-CHILDS

### From Garden to Table
2006

**Wallcourt Tableware**
Page 33-35

---

A perfect
wedding gift!

## Bowlderole
Bulb bowl. Salad bowl. Casserole.
One of the most versatile pieces we've ever created.
Wide lid. 11" dia., 8" tall. 4 qt. Includes plastic insert for forcing
A Wallcourt  124662098 $2233
B Taylor  124662013  $225

### MACKENZIE-CHILDS
3260 State Rte. 90  1-888-665-1999
Aurora, NY 13026  mackenzie-childs.com

This catalogue includes items made by MacKenzie-Childs Ltd. and others. This catalogue, items shown in it, and the Courtly Check pattern and name are protected by U.S. and foreign copyrights and trademarks of MacKenzie-Childs Ltd. © 2006 MacKenzie-Childs Ltd.

PRSRT STD
U.S. POSTAGE
PAID
MacKenzie-Childs

Keycode: OPen083

P014430

# Ceramics for the Table

A tray full of cheer! The Wallcourt pattern is named after a distinguished historic building here in our tiny village of Aurora. For a short time it housed our studio. Some nostalgic souls remember when messages were conveyed from the first to the third floor by means of a pulley/arrival within 7-10 business days within three business days. Twenty-three years after its introduction, this popular and happy pattern is still painted by our talented artisans, whose initials are proudly stamped on the bottom of every piece.

## The Wallcourt Collection

A Two-Tier Sweet Stand 11.5"tall $225
B Teapot 8.5"tall Soap 11.5"/249W $125
C Butterflower 5"tall Tiny/ 10" x 6" 11.47"/040 $90. D Plaid Dot Canapé Napkins Set of 4 40.8T $36
E Sugar Bowl 5.5"tall; Ling 11.542/040 $80; F Creamer 5"tall; 1 oz 11.58.040/090 $60

mackenzie-childs.com

---

## Our new gift registry; your own wish list!

Help your friends and family pick out gifts you really want. List your favorite items or tableware pattern on our new Gift Registry! You can set up your own wish list by calling Customer Service at 1-888-665-1999 or visit our website at mackenzie-childs.com. Tell your friends you've registered at MacKenzie-Childs and they can order gifts for you by phone, on line, or in our stores.

For weddings, birthdays, and special occasions, gift registry cards are available to enclose with your invitations.

## Shop by phone: 1-888-665-1999

**Your Satisfaction Guaranteed**
If you are not completely satisfied with your purchase, please return the item for an exchange or refund with receipt. The cost of shipping, however, cannot be refunded.

**Price Guarantee**
Every price in this catalogue is guaranteed through December 31, 2006.

**Catalogue Mailing Preferences**
To receive fewer catalogues or if you wish to stay on our mailing list. To remove your name/e-mail postal remove mackenzie-childs.com, or call our toll-free Customer Service line at 1-888-665-1999.

**Returns & Exchanges**
To return or exchange an item, follow the instructions on the packing slip enclosed with your order, or call Customer Service at 1-888-665-1999. Unless an item is received damaged, return shipping charges are the responsibility of the customer. MacKenzie-Childs will only issue call tags for items that are damaged in shipping. Shipping charges for an item may be reimbursed once the item has been received back for inspection by MacKenzie-Childs and been deemed to be defective.

## Shop online: mackenzie-childs.com

**Internet Shopping**
Want to see more? Visit us online at www.mackenzie-childs.com to see items in this catalogue and much more. Browse our store and order with mackenzie-childs.com. click on the "Customer Service" section and order any time or e-mail Customer Service at 1-888-665-1999. At E-mail Customer Service directly at customerservice@mackenzie-childs.com.

**Order Status Inquiries**
Whether you placed your order by phone or on the Internet, you can check the status of your order in one of three ways: 1. From our website, mackenzie-childs.com, click on the "Customer Service" section and then "Order Status"; 2. Call Customer Service at 1-888-665-1999. It's that simple. Find out when your order was shipped or, if it hasn't shipped yet, what the expected shipping date will be.

## Shop in our stores.

**New York City**, 14 West 57th Street
Monday–Wednesday, 10am–6pm, Thursday–Saturday 10am–7pm
Sunday 12pm–5pm. 212-570-6050

**Aurora, New York**, 3260 State Route 90
Monday–Sunday 9:30am–5pm. 315-364-6118

**Atlanta, Georgia**, Phipps Plaza, 3500 Peachtree Road
Monday–Saturday 10am–9pm
Sunday 12pm–5:30pm. 404-261-4020

**Palm Beach, Florida**, 330 Worth Avenue
Monday–Saturday 10am–6pm. 561-832-9877

---

## Shipping & Processing

Orders for in-stock items will ship within three business days from the day your order is placed, and will be sent via UPS or FedEx. Expect arrival within 7-10 business days within three business days. Orders outside the continental US will incur special shipping charges. Please call 1-888-665-1999, or e-mail customerservice@mackenzie-childs.com for a quote. Customers who place orders for products that cannot be shipped within three business days will be notified by e-mail, or by phone if no e-mail is provided.

Shipping and processing charges are based on the dollar volume of your order. Shipping to each address. Please see "Delivery charges" on the order form.

**Overnight Delivery**
Overnight delivery guarantees that in-stock orders will arrive by the end of the next business day if ordered before noon Eastern Time. Add $25.95 per order to the standard charges above. Not available for large items that ship via freight.

**2-Day Express**
This service will ensure that in-stock orders will arrive in 2 business days if ordered before noon Eastern Time. Add $15.95 per order to the standard charges above. Not available for freight items.

**Freight Delivery & Packing Surcharge**
Basic freight delivery is a dependable and economical way to deliver large items to your ground level floor. Our preparation of furniture and the items to your ground level door require additional time and care, as there is a $5 packing surcharge per piece. This amount is listed in parenthesis (+$) after the item price, and is in addition to regular delivery charges.

**In-Home Delivery** (White Glove Service)
We offer a white glove delivery service if you would like to have furniture and other large items brought into your home, unpacked, assembled if needed, and placed at your discretion, and packing materials removed. There is an additional charge for this service and it varies by item and your location. Please contact our Customer Service representatives at 1-888-665-1999 to obtain a quote.

**Sales Tax**
Please add all applicable sales tax for deliveries to New York, Florida, and Georgia. Sales tax applies to subtotal plus shipping and handling fees. Sales tax varies by locality. Please contact Customer Service to determine the local sales tax.

## Gift Services

**Gift Card**
We will include your message on a Courtly Check gift card enclosed with your gift and type your message in the space provided on the order form.

**Gift Packaging**
We will be happy to provide gift packaging for a charge of $5 per item. Gift packaging includes our elegant ribbed box tied with Courtly Check ribbon, and Courtly Check tissue paper inside the box. Check the box under form, next to each gift item, or we are unable to package it accordingly. Gift packaging is not available on oversized items.



1-888-665-1999

32


P014451

Exhibit J



# MACKENZiE-CHiLDS

Celebrating 25 Years

Fish Chairs &
Turtle Table
Page 13

Summer 2008

P014460





**A Hollyhock Birdhouse**
Luxury living with distinctive architecture, flight decks, and treetop views. Hand-painted wood and metal house. Ribbon, robin, and chum not included. Take this house indoors for winter. Imported. 16.5" dia, 16.5" tall 28G-0900 $180

**Bowlderoles** 🌿
Bulb bowl. Salad bowl. Casserole. One of the most versatile pieces we've ever created. With lid. Oven safe. Includes plastic insert for forcing bulbs. 12.5" dia, 8" tall; 4 qt.
B **Bearded Iris** 12462-013 $225
C **Wallcourt** 12462-090 $225
**Salad Server Sets**
Silver plate, ceramic handles. Imported. 12" long
D **Bearded Iris** 11940-013 $135
E **Wallcourt** 11940-090 $135

*We invite you to visit us online at mackenzie-childs.com to see our complete collections.*

Call 888-665-1999 or mackenzie-childs.com

For twenty-five years, MacKenzie-Childs has held fast to a single, unwavering goal: distinctive and enduring design. Since 1983, in the tiny Finger Lakes village of Aurora, New York, we have been designing happy accent pieces for home and garden. Treasures that are meant to be used and cherished, loved and enjoyed, and then passed on to the next generation.

Our design team begins with the raw elements of clay, wood, enamel, and fabric, and transforms them with pattern, color, humor, and whimsy into pieces that are imitably MacKenzie-Childs.

As we celebrate our 25th year, we extend our heartfelt thanks to all of you who have made it possible, for us to do what we love most ~ dream, design, and develop work that will endure.

**MacKenziE-CHiLDS**

Celebrating 25 Years

🌿 The thistle icon indicates products handmade by hand-painted in Aurora.  Our Emelium and Shop are open seven days a week.

P014461



Exhibit K



# MᴬᶜKᴇɴᴢɪᴇ-Cʜɪʟᴅs

# For the Table

2004

D000868

*Pure Joy!* Why does a bride deliberate over dinnerware patterns as if her very marriage depended upon it? Why does a grandmother set aside a teapot for her namesake? Why does a hostess move the napkin rings a fraction of an inch, moments before her guests arrive?

The answer is simple. Because they care. They know, as we all do, that the "stuff" of this world only matters when it is used to enrich our lives, to create memorable moments of connection with those we love. A simple family dinner, a beautiful wedding gift, a happy celebration with friends. We treasure the things that remind us of all we hold dear. That is why we cherish what has been handed down to us and take such care with what we will pass on.



The "stuff" of MacKenzie-Childs is made with as much care as the new bride, the proud grandmother, and the gracious hostess invest in the creation of their memorable moments. In a process that is centuries old, we mold, decorate, glaze, and fire clay from the earth to create majolica ceramic ware. Each piece is made by hand and given whatever time or trouble is needed to ensure its quality and beauty — a rare claim in this age of mass production and easy expendability.

Our artisans work in an environment of singular charm — in the barns and buildings of a Victorian dairy farm in the tiny historic village of Aurora, New York. Here our Scottish Highland cattle graze in rolling meadows high above Cayuga Lake, and gaggles of geese waddle to the willow-lined pond to swim. Surrounded by rose gardens, daisy fields, and sun-dappled woods, we are constantly reminded of the beauty and bounty of the earth. We hope the joy we take in our work and in our world is captured in the spirit of the products we make. May they bring delight to you and those you love as they have to us.

# MACKENZiE-CHiLDS

## AURORA, NEW YORK



This catalogue and the items shown in it are protected by US and foreign copyrights and trademarks of MacKenzie-Childs Ltd. © 2004 MacKenzie-Childs Ltd.

Exhibit L



MacKenzie-Childs Ltd.
19 83
New York

MacKenzie-Childs ™

P014049

# Taylor Salt & Pepper Shakers with Tray

Shakers: 5 1/4" tall
Oblong tray: 9 1/4" long, 6" wide

| | |
|---|---|
| AURORA | 11466-002 |
| BRITTANY | 11466-004 |
| CAYUGA | 11466-005 |
| HEATHER | 11466-006 |
| KING FERRY | 11466-008 |
| MONET | 11466-010 |

Materials: Handmade and decorated majolica.






AURORA

BRITTANY

CAYUGA





HEATHER

KING FERRY

MONET

W - 62.00
R - 124.00

# Taylor Butter House

Oblong dish: 10 1/4" long x 6 1/4" wide
Cover: 4 3/4" tall, 6" long x 3 1/2" wide

| | |
|---|---|
| AALSMEER | 11476-001 |
| AURORA | 11476-002 |
| KING FERRY | 11476-008 |
| MONET | 11476-010 |
| ROSE COTTAGE | 11476-011 |
| SUMMER FROCK | 11476-015 |

Materials: Handmade and decorated majolica.




AALSMEER

AURORA




KING FERRY

MONET




ROSE COTTAGE

SUMMER FROCK

W - 62.00
R - 124.00

Sept. 1999

P014078



# MACKENZiE-CHiLDS

# For the Table
2004

D000868



Taylor

**Taylor Sweet Stand**
*7", 9", 11" plate diameters*
*17" tall*
11606-010 $198

**Globe Candlestick/Vase**
*4" base diameter, 7" tall*
*2 cup capacity*

**Vase**
*5" diameter*
*7" tall*
*2 cup capacity*

**Heather**
11800-006 $72

**Myrtle**
11340-029 $58

**Keukenhof**
11340-007 $58

**Rose Cottage**
11800-011 $72

**Butter Houses**
*Cover ~ 5" tall*
*Tray ~ 10" x 6" oval*

**Rose Cottage**
11476-011 $95

**Heather**
11466-006 $110

**Aalsmeer**
11476-001 $95

**Salt & Pepper Shakers**
*Shakers ~ 5" tall*
*Tray ~ 9" x 6" oval*

**Madison**
11466-009 $110

1-888-665-199®

D000893

# Taylor: Aalsmeer



**Salt & Pepper Set**
5.25" tall
11465-001



**Butter House**
Dish: 10.25" long, 6.25" wide
Cover: 6" long, 4.75" tall
11476-001

Handmade, hand-painted majolica. Pieces will vary due to the handmade nature of each product.

## M^CKENZiE-CHiLDS



8

**Confidential, C.A. No. 06-CV-6107-MAT-MWP**

P005711

Exhibit M



P014049

## Circus Clown Vases

**SMALL CLOWN VASE**    52120
  5¼" tall
  2 ounce capacity

**MEDIUM CLOWN VASE**    52130
  9¼" tall
  3½ ounce capacity

**LARGE CLOWN VASE**    52140
  13" tall
  11 ounce capacity

**Materials:** Handblown and painted recycled glass, 24K gold and platinum embellishments, organdy ribbon.


W - 64.00
R - 128.00


W - 42.00
R - 84.00

W - 37.50
R - 75.00







SMALL      MEDIUM      LARGE

## Circus Vase Collection

**WILLIAM**    52100
  6" diameter, 10¾" tall
  96 ounce capacity

**Materials:** Handblown and painted recycled glass with 24K gold, platinum and black luster embellishments. Finished with brass chain and brass half rounds.

**ALMA BETH**    52110
  4¾" diameter, 8½" tall
  44 ounce capacity

**Materials:** Handblown and painted recycled glass with 24K gold and platinum embellishments. Finished with iridescent amber seed beads and black grosgrain ribbon.

**COURT JESTER**    51271
  4⁹⁄₁₆" diameter, 6½" tall
  28 ounce capacity

**Materials:** Handblown and painted recycled glass with 24K gold and platinum embellishments. Finished with striped organdy ribbon.







WILLIAM      ALMA BETH      COURT JESTER

W - 162.00
R - 324.00

W - 134.00
R - 268.00

W - 82.50
R - 165.00

*Glass Group*      CIR 8

P014156

# Glass Vase



**William Vase**
6" dia., 10.75" tall, 3 qt.
52100

Handblown and decorated glass with gold, plainum, and black lustre embellishments. Brass chain and half rounds.

## MᴀᴄKᴇɴᴢɪᴇ-Cʜɪʟᴅs



Confidential, C.A. No. 06-CV-6107-MAT-MWP                                    P005861

Exhibit N



P014049

# Taylor

*The Taylor series is a doodly collection of patterns expressing many layers of designs interlocking within each piece. Every pattern in this series of fifteen is comfortable on or about every other pattern within the series. The Taylor is not affected by automatic dishwashers, nor by freezing. It can also be used in a microwave or convection oven if normal precautions for temperature shock are observed.*

## Taylor Flat Rim Dinner Plate

**11" diameter**

| | |
|---|---|
| AALSMEER | 11010-001 |
| BRIGHTON PAVILLION | 11010-003 |
| KEUKENHOF | 11010-007 |
| KING FERRY | 11010-008 |
| MADISON | 11010-009 |
| MONET | 11010-010 |

**Materials:** Handmade and decorated majolica.

W – $34.00
R – $68.00



AALSMEER


BRIGHTON PAVILLION


KEUKENHOF



KING FERRY


MADISON


MONET

## Taylor Fluted Rim Dinner Plate

**11" diameter**

| | |
|---|---|
| AALSMEER | 11011-001 |
| BRIGHTON PAVILLION | 11011-003 |
| KEUKENHOF | 11011-007 |
| KING FERRY | 11011-008 |
| MADISON | 11011-009 |
| MONET | 11011-010 |

**Materials:** Handmade and decorated majolica.

W – $34.00
R – $68.00


AALSMEER


BRIGHTON PAVILLION


KEUKENHOF


KING FERRY


MADISON


MONET





# MᴀᴄKᴇɴᴢɪᴇ-Cʜɪʟᴅs

# For the Table
2004

D000868

# Taylor brings the garden to the table.
# Pick your own bouquet!



The charming pattern names in the Taylor collection recall special places and people in the lives of its designers.

**Dinner Plate**
*Flat Rim ~ 11" diameter*
11010 $48

Aalsmeer
001

Heather
006

**Dinner Plate**
*Fluted Rim ~ 11" diameter*
11011 $48

Bearded Iris
013

**Luncheon Plate**
*Fluted Rim ~ 9" diameter*
11021 $40

D000889

# Taylor: Aalsmeer



**Flat Rim
Dinner Plate**
11" dia.
11010-001

**Fluted Rim
Dinner Plate**
11" dia.
11011-001

**Luncheon Plate**
9" dia.
11021-001

**Bread & Butter Plate**
7" dia.
11031-001

Handmade, hand-painted majolica. Pieces will vary due to the handmade nature of each product.

MACKENZiE-CHiLDS



1

Confidential, C.A. No. 06-CV-6107-MAT-MWP

Exhibit O



P014049

## Cupboard Armoire

241-9100

49" wide
26" deep
7' 4 1/4" tall

**Materials:** Poplar and birch wood construction with handmade and decorated majolica feet, key with majolica tassel and tassel silks, brass hardware, artist oils landscape mural, faux tortoiseshell, marble and checks, oil enamels for all other decoration, 24K gold leaf, marine varnished wallpaper. *Interior:* Four shelves with wallpaper and oil enamel paint decoration.





Lead Time
8 wks

## Entertainment Armoire

241-9103

49" wide
26" deep
7' 4 1/4" tall

**Materials:** Poplar and birch wood construction with handmade and decorated majolica feet, key with majolica tassel and tassel silks, brass hardware, artist oils landscape mural, faux tortoiseshell, marble and checks, oil enamels for all other decoration, 24K gold leaf, marine varnished wallpaper. *Interior:* Top shelf decorated with oil enamels, middle shelf pulls out and pivots and has storage shelf below, ruched sheer fabric on cupboard doors allows clear sound while concealing stereo components.

*See Cupboard Armoire for view of exterior.*



Lead Time
14 wks

Sept. 1999

P014177

# Entertainment Scenery Armoire



**Entertainment Scenery Armoire**
49" wide, 26" deep, 7' 4" tall
241-9103

Poplar and birch wood construction with handmade and decorated majolica feet, key with majolica tassel
and tassel silks. Brass hardware, landscape mural, faux tortoiseshell, marble, and checks. Composition gold
leaf, antiqued and lacquered floral wallpaper. Middle shelf pulls out to pivot and has storage shelf below.
Gathered sheer fabric on cupboard doors allows clear sound while concealing electronic components.

## MACKENZIE-CHILDS



**Confidential, C.A. No. 06-CV-6107-MAT-MWP**                                              P005892