UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------X
MACKENZIE-CHILDS, LTD and MACKENZIE-CHILDS
AURORA LLC

                         Plaintiff,                    Civil Action No.
                                                                        06-CV-6107
          - against –                               MAT-MWP

VICTORIA MACKENZIE-CHILDS, RICHARD
MACKENZIE-CHILDS and VR EMPRISE, LLC,

                         Defendants.

--------------------------------------------------------------------------------X
VICTORIA MACKENZIE-CHILDS, RICHARD
MACKENZIE-CHILDS and VR EMPRISE, LLC,

                         Counterclaim Plaintiffs,

          - against –

PLEASANT ROWLAND, MACKENZIE-CHILDS, LTD., MCL
ACQUISITION CORPORATION, MACKENZIE-CHILDS OF
NEW YORK, LTD., LEE FELDMAN, MACKENZIE-CHILDS
AURORA LLC, MACKENZIE-CHILDS WORTH AVENUE
LLC, MC NYC LLC, MACKENZIE-CHILDS REAL ESTATE
LLC, and JOHN DOES 1-5,

                         Counterclaim Defendants.
--------------------------------------------------------------------------------X

                        DECLARATION OF PAUL G. MARSHALL

1. I am counsel for the defendants and counterclaim plaintiffs Victoria MacKenzie-Childs, Richard MacKenzie-Childs, and VR Emprise LLC.

2. Appendix Exhibit FFF is an excerpt from the Deposition of Victoria MacKenzie-Childs, which took place on September 12, 2009.

3. Appendix Exhibit GGG is the Declaration of Richard MacKenzie-Childs, dated April 2, 2009

| | |
|---|---|
| New York, New York<br>April 2, 2009 | By: /s/ Paul G. Marshall<br>Paul G. Marshall, Esq.<br>The Marshall Firm<br>271 Madison Ave, 20th Floor<br>New York, NY 10016<br>212.382.2044<br>tmf@themarshallfirm.com<br>Attorney for Defendants |